

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 18, 2020

**VIA EMAIL**
Honorable Paul E. Davison
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Sequamn Storts*, 20 MJ 9949

Dear Judge Davison:

    The Government respectfully requests that the complaint in the above-reference case be unsealed as the defendant has now been arrested and presented on the complaint.

So Ordered. 9/21/20.

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by: /s/ Courtney L. Heavey
    Courtney L. Heavey
    Assistant United States Attorney
    (914) 993-1927